NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCISCO C. TORRES,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, Secretary of Veterans Affairs,**

*Respondent-Appellee*

---

2025-1201

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-3705, Chief Judge Michael P. Allen.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2                                                    TORRES V. COLLINS

(2)  Each side shall bear their own costs.

FOR THE COURT

May 1, 2025
    Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** May 1, 2025